# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| No. 15-1084 | September Term, 2015 |
| | LOC-80FR13423 |
| | LOC-2008-1 CRB CD 98-99 |
| | Filed On: October 16, 2015 [1578539] |

Settling Devotional Claimants,

       Appellant

    v.

Copyright Royalty Board and Librarian of Congress,

       Appellees

------------------------------

Worldwide Subsidy Group, LLC, d/a/b Independent Producers Group,

       Intervenor

------------------------------

Consolidated with 15-1093

## O R D E R

    Upon consideration of appellant Independent Producer Group's motion for extension of time to file brief pending mediation, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| IPG's Principal Brief | December 7, 2015 |
| SDC's Principal and Response Brief | January 6, 2016 |
| Appellees' Brief | February 5, 2016 |
| IPG's Response and Reply Brief | March 7, 2016 |
| SDC's Reply Brief | March 21, 2016 |
| Deferred Appendix | March 28, 2016 |
| Final Briefs | April 4, 2016 |

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

          BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk